

**TRUMBULL CO BOARD OF EDUCATION v STATE ex VAN WYE**

Ohio Supreme Court
No 21999. Decided March 26, 1930

**INDUSTRIAL COMMISSION v ROGERS**

Ohio Supreme Court
No 21965. Decided March 26, 1930

Kinkade, Jones, Matthias, Day and Allen, JJ., concur. Marshall, CJ., concurs in propositions one and two of the syllabus.

**CONDON et v HAZEN CONTRACTING CO**

Ohio Supreme Court
No 21712. Decided March 19, 1930

Marshall, CJ., Kinkade, Jones, Matthias and Allen, JJ., concur .

## BENOLINE CO v STATE ex BETTMAN
## CANFIELD OIL CO v STATE ex BETTMAN

Ohio Supreme Court
Nos 21889 & 21934. Decided March 19, 1930

Robinson, Jones, Matthias, Day and Allen, JJ., concur.

## FISHER BODY CO v CHEFLO

Ohio Supreme Court
No 22036. Decided March 19, 1930

Marshall, CJ., Kinkade, Robinson, Matthias, Day and Allen, JJ., concur.

## INDUSTRIAL COMMISSION v LINK

Ohio Supreme Court
No 22008. Decided March 19, 1930